

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Pharus Funding, LLC, as Assignee of LHR, Inc., Appellant

No. 06-20-00090-CV      v.

Jerry Solley and Lola M. Solley, Appellees

Appeal from the County Court at Law No. 1 of Johnson County, Texas (Tr. Ct. No. C200800653). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

      We further order that the appellant, Pharus Funding, LLC, as Assignee of LHR, Inc., pay all costs incurred by reason of this appeal.

RENDERED APRIL 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk